# IN THE SUPREME COURT OF THE STATE OF NEVADA

COYOTE SPRINGS INVESTMENT, LLC,

Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE ROB BARE, DISTRICT JUDGE,

Respondents,

and

JASON KING, STATE ENGINEER, STATE OF NEVADA, DEPARTMENT OF CONSERVATION AND NATIONAL RESOURCES, DIVISION OF WATER RESOURCES; AND LAS VEGAS VALLEY WATER DISTRICT,

Real Parties in Interest.

No. 76806

FILED

SEP 17 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING PETITION

Pursuant to the stipulation of the parties, and cause appearing, this petition for a writ of mandamus is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

18-36293

cc:   Hon. Rob Bare, District Judge
      Robison, Sharp, Sullivan & Brust
      Attorney General/Carson City
      Taggart & Taggart, Ltd.
      Eighth District Court Clerk